GIUSEPPE DABRAMO, as Administrator, etc., of LEONARD DABRAMO, Deceased,

Respondent, v. Fred Sisser, Doing Business, etc., Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.